UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamere Lewis<br><br>*Plaintiff*<br><br>vs.<br><br>Equifax Information Services, LLC;<br>Experian Information Solutions, Inc.;<br>Navient Solutions, LLC obo US Department of Education;<br>Trans Union, LLC;<br><br>*Defendants* | **MOTION FOR VOLUNTARY DIMISSAL**<br><br>Case No: 0:22-cv-00407-PJS-TNL |

Comes now, Jamere Lewis, the above-captioned Plaintiff, as and for his Motion for Voluntary Dismissal pursuant to Minn. R. Civ. P. 41(a)(2), alleges and states as follows:

I.

That on February 28th, Plaintiff, through his attorney, discussed the matter with, Eric Barton, attorney for Defendant, Equifax Information Services, LLC.

II.

That after the above-referenced discussion, Defendant provided all requested documents and other relevant information in order for Plaintiff to determine whether Defendant was liable for any violations as alleged in Plaintiff's complaint.

III.

That upon further investigation, it has been determined that, at this juncture, voluntary dismissal of Defendant is appropriate.

1

**WHEREFORE**, the Plaintiff hereby respectfully request that her claims Equifax Information Services, LLC be voluntarily dismissed without prejudice.

Dated: 3/2/22                               **MINNESOTA LEGAL ASSISTANCE**

*/s/ Lisa Hanson*
Lisa Hanson (#0395406)
333 S 7th St., #2450
Minneapolis, MN 55402
(612) 412-9503 ext. 714
Lisa.Hanson@Madgettlaw.com

ATTORNEY FOR PLAINTIFF