## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamere Lewis, | Judge Patrick Schiltz <br> Magistrate Judge Tony N. Leung |
| Plaintiff, | CASE NO. 0:22-cv-00407-PJS-TNL |
| v. | |
| Trans Union LLC, Experian Information Solutions, Inc., Equifax Information Services, LLC, Navient Solutions, LLC obo US Department of Education | **NOTICE OF SETTLEMENT WITH EXPERIAN ONLY** |
| Defendants. | |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Experian Information Solutions, Inc., ("Experian") have settled all asserted claims between them. This notice applies to Experian **ONLY**. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: March 8, 2022

**MADGETT LAW**
/s/David Madgett
Catrina Smith (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@mnlegalassistance.com
ATTORNEY FOR PLAINTIFF

1

00715-Lewis