# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamere Lewis | ) Judge Patrick Schiltz<br>) Magistrate Judge Tony Leung<br>) |
| Plaintiff, | ) CASE NO. 0:22-CV-00407-PJS-TNL<br>) |
| v. | )<br>) |
| Trans Union LLC, et al. | ) **NOTICE OF SETTLEMENT**<br>) **WITH TRANS UNION ONLY**<br>) |
| | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Trans Union, LLC have settled all asserted claims between them. This notice applies to Trans Union **ONLY.** The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: May 5, 2022                              **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF