UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jamere Lewis,<br><br>       Plaintiff,<br><br>v.<br><br>Trans Union LLC, et al.<br><br>       Defendants. | Judge Patrick Schiltz<br>Magistrate Judge Tony N. Leung<br><br>CASE NO. 0:22-cv-00407-PJS-TNL<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF TRANS UNION, LLC** |

**IT IS HEREBY STIPULATED AND AGREED** to by and between the parties hereto, by their respective attorneys, that the above-entitled action by Plaintiff against Defendant may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action.

Dated: May 5, 2022            **MADGETT LAW**

/s/David Madgett
David Madgett (#0390494)
333 S 7th Street, Suite 2450
Minneapolis, MN 55402
(612) 470-5582
dmadgett@madgettlaw.com
ATTORNEY FOR PLAINTIFF

Dated:  July 20, 2022 /s/ Bradley D. Fisher
Bradley D. Fisher, Esq. (219356)
Amy M. Sieben, Esq. (326021)
Fisher Bren & Sheridan, LLP
920 Second Avenue South, Suite 975
Minneapolis, MN  55402-4011
Office:  (612) 332-0100
Direct:  (612) 902-2750
Fax:  (612) 332-9951
E-Mail:  bfisher@fisherbren.com
E-Mail:  asieben@fisherbren.com

Counsel for Defendant TransUnion LLC