UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JAMERE LEWIS, | Case No. 22-CV-0407 (PJS/TNL) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| TRANS UNION LLC, | |
| Defendant. | |

---

Based upon the Stipulation for Dismissal filed by the parties on July 20, 2022 [ECF No. 43],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: July 21, 2022

                                                                 s/Patrick J. Schiltz
                                                                 Patrick J. Schiltz, Chief Judge
                                                                 United States District Court